UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL RICE                                          CIVIL ACTION

versus                                                NO. 07-6245

HANOVER INSURANCE COMPANY                             SECTION: I/3

**O R D E R**

Having considered defendant's motion to enforce settlement, plaintiff's answer and motion for penalties, the record, the United States Magistrate Judge's Report and Recommendation and the absence of any objections to the U.S. Magistrate's Report and Recommendation, the Court accepts the U.S. Magistrate Judge's Report and Recommendation, adopting it as its own opinion.

Accordingly,

**IT IS ORDERED** that defendant's motion to enforce settlement[1] is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff's motion for award of penalties[2] is **DENIED.**

New Orleans, Louisiana, June __1st__, 2009.

                                          _____
                                          LANCE M. AFRICK
                                          UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 70.

[2] Rec. Doc. No. 74.